**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-61318-CIV-ALTMAN/Hunt**

**RYAN TURIZO**,

>       Plaintiff,

v.

**VITAL DATA SERVICES, LLC**,

>       Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on the Plaintiff's June 22, 2019 Notice of Pending Settlement [ECF No. 4]. The Court, having carefully reviewed the file and being otherwise fully advised, hereby **ORDERS AND ADJUDGES** as follows:

1.  The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of this Order.

2.  If the parties fail to complete the expected settlement, either party may ask the Court to reopen the case.

3.  The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of June 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record